# United States District Court

DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

JUL 12 2010

Clerk, U.S. District Court
By /s/ _____ Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
V. )   CASE NUMBER: 10-M-6095-01-KMH
)
ADONIS C. ANDREWS, )
)
Defendant. )
_____)

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about April 21, 2010, in the District of Kansas, the defendant,

### ADONIS C. ANDREWS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Mossberg, Model, 500A, 12 gauge shotgun, serial number T470392, and a Beretta Model 9000S, .40 caliber pistol, serial number SN020323, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

(see attached affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:  **X** Yes     ☐ No

EDWIN MELON-MORAN
ATF TASK FORCE OFFICER

Sworn to before me and in my presence this 12th day of July, 2010, at Wichita, Kansas.

HONORABLE KAREN M. HUMPHREYS
UNITED STATES MAGISTRATE JUDGE

has been clean since. Brandi told the officer she came to the house on April 19, 2010, to talk with ANDREWS and show him how well she was doing. She wanted to encourage him to quit. Brandi said ANDREWS is a heavy user of methamphetamine and she saw him pull out, from his pocket, a bag with approximately two ounces of methamphetamine. Brandi said when she lived at the house with ANDREWS, people would come by to purchase drugs from him. Brandi said she has seen a gun in the couch cushions and a shotgun in the closet.

Officers obtained and executed a search warrant for 831 S. Beverly, Wichita, Sedgwick County, Kansas. Officers searched the house and recovered two baggies of a crystal like substance. The officers' field tested a sample of the substance producing a positive indication for the presence of methamphetamine. Officers recovered drug paraphernalia, digital scales, smoking pipes, and a Mossberg, Model, 500A, 12 gauge shotgun, serial number T470392. In addition, officers located several rounds of .40 caliber and shotgun ammunition. The recovered firearm and drug evidence was submitted to Sedgwick County Regional Forensic Science Center for examination.

Records checks revealed Adonis C. ANDREWS was convicted of a felony under Title 21 USC Section 963, Attempted Importation of Marijuana, case number **6:04Cm60021**, in the United States District Court, Western District of Texas.

On May 18, 2010, Sedgwick County Regional Forensic Science Center, Chief of Criminalistics and Firearm and Tool Mark Examiner Gary L. Miller reported that, from research and examination, the firearms possessed by Adonis ANDREWS, are a Beretta Model 9000S, .40 caliber pistol, serial number SN020323, manufactured in the country of Italy and imported by Beretta USA Corp, Ackk, Maryland, and a Mossberg, Model 500A, 12 gauge, shotgun, serial number T470392, manufactured in the state of New Haven, Connecticut. Both firearms would have crossed state lines to reach the state of Kansas, thus affecting interstate commerce.

On June 18, 2010, Forensic Scientist Jennifer D. Miller, of Sedgwick County Regional Forensic Science Center, examined the drugs recovered from ANDREWS revealing 5.50 grams of Methamphetamine and 37 tablets of Alprazolam.

Edwin Melon-Moran #1538
ATF Task Force Officer

# AFFIDAVIT

I, Edwin Melon-Moran #1538, of lawful age, being first duly sworn state that I am a Detective with the Wichita Police Department, Wichita, Kansas, assigned to the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), as a Task Force Officer (TFO). Your affiant has been a member of the Wichita Police Department for approximately 18 and ½ years. During your affiant's employment in law enforcement, your affiant has been involved in numerous investigations involving controlled substances and firearms violations. Your affiant has participated in controlled purchases of illegal narcotics and the execution of search warrants. As a result, your affiant has arrested numerous individuals for violating State and Federal statutes with regards to possession, manufacture, and sale of controlled substances and firearm violation.

Your affiant has been a member of the ATF Task Force for approximately 3 and ½ years. I am an investigator and/or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conducted investigations of, and to make arrests for offenses enumerated in, Section 2516 of Title 18, United States Code.

On April 21, 2010, TFO Melon was assigned to follow up Wichita Police Department case numbers 10c026279 and 10c26322, investigations regarding Adonis C. ANDREWS, a Black/Hispanic male with a date of birth of November 03, 19XX, social security number XXX-XX-7933.

Review of the reports revealed Wichita Police Officers J. Bartel #2051 and R. Thatcher #2070 received an anonymous complaint that a Hispanic male named Adonis C. ANDREWS was selling methamphetamine and marijuana from the residence at 831 S. Beverly, Wichita, Sedgwick County, Kansas. The officers learned ANDREWS was also in the possession of firearms. The officers conducted a records check and learned ANDREWS had an outstanding City bench warrant for driving on a suspended driver's license. Officers conducted surveillance on the house and observed a blue Honda bearing tag VKR-482 at the residence.

On April 20, 2010, as Officers J. Bartel #2051 and R. Thatcher #2070 were conducting surveillance in the neighborhood of south Sylvan, they observed a blue Honda turn onto Sylvan. The vehicle drove past the officers; the officers looked into the vehicle and saw ANDREWS driving the vehicle. The officers conducted a traffic stop at Morris Street and Sylvan Lane. The officers contacted the driver, Adonis C. ANDREWS, and two other occupants.

Officer Bartel talked to ANDREWS, who initially lied about his name, stating his name was Juan Vasquez. The officers previously viewed a booking photo of ANDREWS and knew he was not the person ANDREWS was saying he was. ANDREWS was asked to step out of the vehicle and was arrested on his warrant. ANDREWS admitted to his true identity. Officer Bartel searched ANDREWS and located two plastic baggies of a crystal like substance in his pocket. The officer suspected the substances of being methamphetamine. ANDREWS made the

statement, "I'm sorry I got a little bit of speed on me." In addition, the officer located a pill bottle with some pills and $913.00. ANDREWS told the officer the pills were Zanex.

Officer Thatcher field tested a sample of the crystal like substance founded on ANDREWS' person, producing a positive indication for the presence of methamphetamine. The officer searched the vehicle ANDREWS was driving and located a Beretta, Model 9000S, .40 caliber pistol, serial number SN020323, underneath the driver's seat.

Officer Bartel informed Adonis C. ANDREWS of his *Miranda* rights; he understood and agreed to talk with the officer. ANDREWS told Officer Bartel he is addicted to methamphetamine and has been using it for quite some time. ANDREWS said he takes the Zanex pills to help him come down from his methamphetamine high. ANDREWS stated he did not have a prescription for the Zanex pills. ANDREWS told the officer he prefers to smoke the drugs using pipes. The officer asked ANDREWS where he kept this drug paraphernalia; ANDREWS replied he kept some at home. The officers asked ANDREWS for his permission to search his home at 831 S. Beverly; ANDREWS consented. The officer asked if there was anyone at the house. ANDREWS replied there was a female named Tia.

Officers went to 831 S. Beverly, Wichita, Sedgwick County, Kansas. Upon arrival they contacted two females at the house. The officers learned one of the females was Tia M. Fields and the other was Brandi G. Storm. Officers discovered Tia had been staying at the house over a month. Officers asked permission to enter and ensure no one else was inside. The officers were allowed in. As they walked around, they noticed, in plain view, a crystal like substance in an open kitchen cabinet, along with scales and plastic baggies. In addition, they saw a black shotgun in a bedroom closet. As officers continued to talk with Tia, ANDREWS became agitated and began to cry. ANDREWS told the officer he didn't trust them and no longer wanted them to search his house. Officers secured the house and applied for a search warrant.

Officer Thatcher informed Tia M. Fields of her *Miranda* rights; she understood and agreed to talk with the officer. Tia told the officer she has been staying at the house for over a month. She met ANDREWS through her boyfriend Josh, who is currently in jail. Tia said she had nowhere else to go, but was planning to move out and already was packing her things. Tia was asked about ANDREWS activities and the drugs and firearms founded. Tia said she knew ANDREWS was using and selling methamphetamine. Tia said ANDREWS has had Hispanic males come over, has seen large amounts of narcotics in the house, and has seen ANDREWS with several handguns. Tia described one of the guns as a black handgun he kept in a couch cushion. Tia said he might have had this gun with him when he was using her car. Tia told the officers there was a shotgun in a closet. Tia said in the past ANDREWS and some of his friends have asked her if she would buy firearms for them. Tia told them no because she was not 21 years old. The officer asked why she would allow ANDREWS to use her car. Tia said ANDREWS and some of his friends would pay her for the use of her car. Tia denied any involvement of the selling of drugs or possession of the firearms.

Officer Huhman #2038 informed Brandi G. Storm of her *Miranda* rights; she understood and agreed to talk with the officer. Brandi told the officer she used to live in the house with ANDREWS and used to be a methamphetamine user. Brandi said she moved out in January and